PROB 35
(Rev.  5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Kentucky

UNITED STATES OF AMERICA

v.

Vanessa Lynn Jennings

⎫
⎬
⎭

Crim. No.    4:05CR00010-002-M

     On the above named was placed on probation/supervised release for a period of five years.   The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision.   It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Jamie L Reid*

_____

*U.S. Probation Officer*

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge
United States District Court**

November 24, 2014